**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARRIS CORPORATION,**
          **Plaintiff,**

-vs-                                    **Case No. 6:05-cv-1388-Orl-19DAB**

**JERRI L. DUNN,**
**SHARON L. TAYLOR,**
**THOMAS G. COX,**
          **Defendants.**
_____

## ORDER

This case is before the Court on the Motion for Interpleader, Attorney's Fees and Dismissal (Doc. No. 19) filed November 30, 2005. The United States Magistrate Judge has submitted a report recommending the abating of this action and directing the Plan Administrator to resolve the administrative appeal undertaken by Defendant Dunn consistent with its obligations under the Plan, the denial of the motion for interpleader as premature and the denial of the motion for attorney's fees..

After an independent *de novo* review of the record in this matter, and considering the response flied, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 7, 2006 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This action is hereby abated and the Court directs the Plan Administrator to resolve the administrative appeal undertaken by Defendant Dunn consistent with its oblations under the Plan, and upon final resolution, any party may return to this Court upon

proper motion and seek review of the decision, under the appropriate standard. The Motion for Interpleader is denied as premature. The Motion for Attorney's Fees is denied.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of May, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party