# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARRIS CORPORATION,**
            **Plaintiff,**

-vs-                                                **Case No. 6:05-cv-1388-Orl-19DAB**

**JERRI L. DUNN,**
**SHARON L. TAYLOR,**
**THOMAS G. COX,**
            **Defendants.**

___

## ORDER

This case is before the Court on Plaintiff's Motion To Reopen Matter And Renewed Motion For Interpleader (Doc. No. 56) filed August 4, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 25, 2006 (Doc. No. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff Harris Corporation's request for interpleader is **GRANTED**, and Plaintiff is dismissed as a party without prejudice and from active participation in this case. Plaintiff is, however, still subject to the jurisdiction of this Court as to the management and stewardship of the Funds at issue.

3.  Plaintiff's request for injunctive relief is **DENIED** without prejudice for reconsideration, if appropriate, at the conclusion of the case.

4.  Defendants Jerri L. Dunn and Sharon L. Taylor are hereby designated as Plaintiffs in this case.

5.  This case is no longer abated and the Case Management and Scheduling Order ("CMSO") entered February 16, 2006 (Doc. 37) shall govern the parties in moving this case along. If any party wishes to amend the CMSO, she or he may file an appropriate motion.

6.  Additionally, if any party believes a case management meeting with the magistrate judge would be helpful, he or she may file an appropriate motion for that as well.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __18__ day of September, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party